THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY BRUNO, Appellant.—Judgment of conviction of the County Court of Kings county unani-

mously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.